IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JERRY W. SPENCER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 321-002 |
| WARDEN VANCE LAUGHLIN;<br>MEDICAL STAFF, Wheeler Correctional<br>Facility; and CORE CIVIC, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 18-1.) The Magistrate Judge recommended dismissing the case because Plaintiff had not exhausted his administrative remedies and had provided dishonest information about his prior filing history. (See doc. no. 15.) Plaintiff's objections do not address providing dishonest information but instead focus on the argument he should not have to complete the exhaustion requirement because he is complaining about medical treatment. (See doc. no. 18-1, p. 3 ("[W]e must understand and acknowledge death, suffering, and pain does not have a procedure or exhaustion of remedies.").)

However, as the Magistrate Judge explained, section 1997e(a) of the Prison Litigation Reform Act mandates exhaustion of administrative remedies prior to filing a federal lawsuit,

and the Court does not have discretion to waive the requirement. (Doc. no. 15, pp. 3-4 (collecting cases).) The Court also observes the record is replete with information showing Plaintiff is receiving medical treatment, but it appears his recovery has not been as speedy or complete as he would prefer. (See doc. nos. 5, 10, 13.)

Accordingly, the Court **OVERRULES** the objections and **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. The Court **DENIES AS MOOT** the "Motion of Memorandum of Previous Facts," (doc. no. 10), **DISMISSES** this case without prejudice for failure to exhaust administrative remedies and as a sanction for Plaintiff providing dishonest information about his filing history, and **CLOSES** this civil action.

SO ORDERED this 1st day of March, 2021, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE